PAUL L. REIN (SBN 43053)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, California 94612

Attorneys for Plaintiff, ZACHARY WOODFORD

HENRY A. WIRTA, JR., State Bar No. 110097
HARRINGTON FOXX DUBROW & CANTER, LLP
655 Montgomery Street, Suite 1100
San Francisco, California 94111
Telephone (415) 288-6600

Attorneys for Defendants, ROARING CAMP RAILROADS, ROARING CAMP, INC., GEORGIANA CLARK, KELLY WOOD and MARGARET BURKETT

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZACHARY T. WOODFORD,<br><br>  Plaintiff,<br><br>  v.<br><br>ROARING CAMP RAILROADS; ROARING CAMP, INC.; GEORGIANA CLARK; MARGARET BURKETT; DAVID K. WOOD; AND DOES 1-10, INCLUSIVE,,<br><br>  Defendants. | CASE NO. C09-00990 JW<br><br>**STIPULATION FOR DISMISSAL; ORDER**<br><br>Complaint filed: March 6, 2009 |

Plaintiff, ZACHARY WOODFORD, through his attorney, Paul L. Rein, esq, LAW OFFICES OF PAUL L. REIN, and Defendants, ROARING CAMP RAILROADS; ROARING CAMP, INC.; GEORGIANA CLARK; MARGARET BURKETT and DAVID K. WOOD, through their attorney, Henry A. Wirta, Jr., esq., HARRINGTON FOXX DUBROW & CANTER, LLP, hereby stipulate that the above-captioned action shall be dismissed with prejudice, except that the

-1-
STIPULATION FOR DISMISSAL; ORDER

1 | Court retains jurisdiction to enforce the Consent Decree and Order entered by the Court on April
2 | 15, 2010.

5 | Date: April 21, 2010    **LAW OFFICES OF PAUL L. REIN**

_[signature]_
PAUL L. REIN
Attorneys for Plaintiff, ZACHARY WOODFORD

10 | Date: April 26, 2010    **HARRINGTON FOXX DUBROW & CANTER, LLP**

_[signature]_
HENRY A. WIRTA, JR.
Attorneys for Defendants ROARING CAMP
RAILROADS; ROARING CAMP, INC.;
GEORGIANA CLARK; MARGARET BURKETT;
DAVID K. WOOD

### ORDER

THE PARTIES HAVING SO STIPULATED, IT IS HEREBY ORDERED THAT the above-captioned action be dismissed with prejudice, except that the Court retains jurisdiction to enforce the Consent Decree and Order entered by the Court on April 15, 2010.

**IT IS SO ORDERED.**

Dated: April 29, 2010

_[signature: James Ware]_
THE HONORABLE JAMES WARE
United Sates Judge, Northern District of California

HARRINGTON, FOXX, DUBROW & CANTER, LLP
655 MONTGOMERY STREET, SUITE 1100
SAN FRANCISCO, CALIFORNIA 94111
TELEPHONE (415) 288-6600